**FILED**
AUG 14 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# JURY VERDICT FORM
*Judge Robert C. Chambers*
*Richard Edwards, Jr. v. McElliotts Trucking, LLC, et. al.*
3:16-1879

## NEGLIGENCE

1. Do you find by a preponderance of the evidence that Danny McGowan/McElliotts Trucking was negligent and that such negligence was the proximate cause of Plaintiff's injuries and damages?

    Yes: __X__          No: _____

    **If your answer is YES, please proceed to Question 2. If your answer is NO, please have your foreperson sign and date this form below and inform the bailiff that you have reached a verdict.**

2. Do you find by a preponderance of the evidence that Richard Edwards, Jr., was negligent and that such negligence was the proximate cause of the plaintiff's injuries and damages?

    Yes: _____          No: __X__

    **If your answer is YES, please proceed to Question 3. If your answer is NO, please skip Question 3 and proceed to Question 4.**

1

3. If you have found by a preponderance of the evidence that both McGowan/McElliotts and Mr. Edwards were negligent in this matter, then you must assign the percentage of each person's negligence which you find is attributable to his own conduct. The total amount of negligence of all persons must equal 100%. Using the spaces below, assign a percentage of negligence attributable to McGowan/McElliotts and the plaintiff.

| | |
|---|---|
| McGowan/McElliotts | _____% |
| Richard Edwards, Jr. | _____% |
| Total Negligence | _____% |
| | 100% |

**If you find above that Mr. Edwards was responsible for 49% or less of the negligence that resulted in his injuries, please proceed to Question 4. If you find that Mr. Edwards was responsible for 50% or more of the negligence that resulted in his injuries, please have your foreperson sign and date this form below and inform the bailiff that you have reached a verdict.**

## AGENCY/SCOPE OF EMPLOYMENT

4. Do you find by a preponderance of the evidence that Cardinal Transport, Inc. is liable for the negligence of McGowan/McElliotts?

   Yes: __X__          No: _____

   **If your answer is YES, please proceed to Question 5. If your answer is NO, please have your foreperson sign and date this form below and inform the bailiff that you have reached a verdict.**

## DAMAGES

5. Below, please enter the amount or amounts that you believe will fairly compensate Richard Edwards, Jr. for each of the following items of damage or injury that you believe was caused or contributed to by the negligence in question. Any past damages must be proven by a preponderance of the evidence. In considering Richard Edwards' future losses, if any, the same must be proven to a reasonable degree of certainty. In calculating these sums, you may take into consideration Plaintiff's probable life expectancy:

A. PAST MEDICAL BILLS $ 205,811.94

B. FUTURE MEDICAL CARE $ 700,000.00

C. PAST LOST EARNINGS $ 60,000.00

D. REDUCED EARNING CAPACITY $ 450,000.00

E. PHYSICAL PAIN AND SUFFERING

    Past $ 1,000,000.00

    Future $ 1,000,000.00

F. REDUCED CAPACITY TO FUNCTION AS A WHOLE PERSON

    Past $ 1,000,000.00

    Future $ 1,000,000.00