IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RICHARD EDWARDS, JR.,

          Plaintiff,

v.                                                                              CIVIL ACTION NO.   3:16-1879

McELLIOTTS TRUCKING, LLC;
DANNY McGOWAN, individually and as
an employee of McElliotts Trucking, LLC and/or
as agent of Cardinal Transport;
CARDINAL TRANSPORT, INC.,

          Defendants.

**AMENDED JUDGMENT ORDER**

      This case was tried before a jury from August 7, 2018, to August 10, 2018, and August 13, 2018. After deliberations, the jury returned a verdict in favor of the plaintiff. The Court entered judgment on August 14, 2018 in favor of the plaintiff in the total amount of $5,415,811.94, in accordance with the verdict form.

      On December 11, 2018, the Court entered a Memorandum Opinion and Order which ruled on multiple post-trial motions and a bill of costs. ECF No. 274. Accordingly, the Court **ORDERS** an amended judgment be entered in favor of the plaintiff in the total amount of $5,098,791.22.

      The Court **DIRECTS** the Clerk to send a certified copy of this Amended Judgment Order to the all counsel of record.

      ENTER:    December 21, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE