IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**RICHARD EDWARDS, JR.,**

        **Plaintiff,**

v.                                           **CASE NO. 3:16-cv-01879**
                                                        **Judge Robert C. Chambers**

**McELLIOTTS TRUCKING, LLC;**
**DANNY McGOWAN, individually and as**
**an employee of McElliotts Trucking, LLC and/or**
**as agent of Cardinal Transport;**
**CARDINAL TRANSPORT, INC.;**

        **Defendants.**

## <u>CARDINAL TRANSPORT, INC.'S NOTICE OF APPEAL</u>

Notice is given that Cardinal Transport, Inc. ("Cardinal"), defendant, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on December 21, 2018 (ECF No. 275). The district court directed entry of final judgment as to the claims between Cardinal and the plaintiff Richard Edwards, Jr., under Rule 54(b) in its order entered December 11, 2018 (ECF No. 274).

In appealing from this final judgment (ECF No. 275), Cardinal also appeals all earlier adverse interlocutory orders and rulings antecedent to the final judgment, including but not limited to:

    i.    The Memorandum Opinion and Order entered August 2, 2017, granting in part and denying in part Cardinal's motion for summary judgment and denying Cardinal's motion to strike (ECF No. 121);

    ii.   The Memorandum Opinion and Order entered August 22, 2017, denying Cardinal's motion in limine (ECF No. 126);

iii. The Memorandum Opinion and Order entered August 22, 2017, denying Cardinal's omnibus motion in limine (ECF No. 129);

iv. The Memorandum Opinion and Order entered July 20, 2018, ruling on various pending motions (ECF No. 192);

v. The Order entered August 7, 2018, ruling on various pretrial motions (ECF No. 213);

vi. The initial Judgment Order accepting the jury verdict, (ECF No. 240); and

vii. The Memorandum Opinion and Order entered December 11, 2018, ruling on post-trial motions (ECF No. 274).

**CARDINAL TRANSPORT, INC.
By Counsel**

/s/ Bradley J. Schmalzer
William J. Hanna (WV Bar #5518)
Christopher A. Brumley (WV State Bar #7697)
Bradley J. Schmalzer (WV State Bar #11144)
Flaherty Sensabaugh Bonasso PLLC
P.O. Box 3843
Charleston, WV 25338-3843
304-345-0200 phone
304-345-0260 fax
whanna@flahertylegal.com
cbrumley@flahertylegal.com
bschmalzer@flahertylegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**RICHARD EDWARDS, JR.,**

        **Plaintiff,**

v.                                                      **CASE NO. 3:16-cv-01879**
                                                             **Judge Robert C. Chambers**

**McELLIOTTS TRUCKING, LLC;**
**DANNY McGOWAN, individually and as**
an employee of McElliotts Trucking, LLC and/or
as agent of Cardinal Transport;
**CARDINAL TRANSPORT, INC.;**

        **Defendants.**

## CERTIFICATE OF SERVICE

    I, Bradley J. Schmalzer, counsel for the defendant, do hereby certify that I served **CARDINAL TRANSPORT, INC.'S NOTICE OF APPEAL** upon the following counsel of record this 7th day of January 2019 via the CM/ECF system:

Richard Weston, Esq.
Connor D. Robertson, Esq.
Weston Law Office
337 Fifth Avenue
Huntington, WV 25701
*Counsel for Plaintiff*

Christopher D. Pence, Esq.
Charles F. Bellomy, Esq.
Hardy Pence PLLC
P.O. Box 2548
Charleston, WV  25329
*Counsel for McElliotts Trucking,*
*Danny McGowan and Harold Midkiff*

        */s/ Bradley J. Schmalzer*_____
        Bradley J. Schmalzer (WV Bar #11144)