IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RICHARD EDWARDS, JR.,

        Plaintiff,

v.                                          CIVIL ACTION NO.   3:16-1879

McELLIOTTS TRUCKING, LLC;
DANNY McGOWAN, individually and as
an employee of McElliotts Trucking, LLC and/or
as agent of Cardinal Transport;
CARDINAL TRANSPORT, INC.,

        Defendants.

## ORDER

For reasons appearing to the Court and pursuant to the Court's findings in certifying interlocutory appeal by its Memorandum Opinion and Order entered on December 11, 2018 (ECF No. 274), the Court **STAYS** all proceedings in this action, specifically including all cross-claims among Defendants, pending appeal.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:       February 22, 2019

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE