IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON

RICHARD EDWARDS, JR.,

    Plaintiff,

v.                              CASE No.: 3:16-cv-01879
                                   Judge Robert C. Chambers

MCELLIOTTS TRUCKING, LLC;
DANNY McGOWAN, individually and as
an employee of McElliotts Trucking, LLC and/or
as agent of Cardinal Transport;
CARDINAL TRANSPORT, INC.:

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AGAINST DEFENDANTS MCELLIOTS TRUCKING, LLC AND DANNY MCGOWAN AND REQUEST FOR HEARING**

    Now comes the Plaintiff, Richard Edwards, Jr., by counsel, and notifies the Court that the Defendants have now fulfilled their settlement obligations to the Plaintiff. Therefore, the Plaintiff wishes to withdraw his earlier "Plaintiff's Motion to Enforce Settlement Agreement Against Defendants McElliots Trucking, LLC and Danny McGowan and Request for Hearing" as it is no longer necessary.

                                                         RICHARD EDWARDS

                                                         BY COUNSEL

    S:// Connor D. Robertson_____
    Connor Robertson (11460)
    WESTON | ROBERTSON
    2939 Virginia Avenue, Suite 2010
    Hurricane, WV 25526
    (304) 522-4100
    (304) 250-3000 (f)
    cdr@westrob.com
    *Counsel for the Plaintiff*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RICHARD EDWARDS, JR.,

   Plaintiff,

 v.                Civil Action No. 3:16-1879

MCELLIOTTS TRUCKING, LLC;
DANNY MCGOWAN, individually and as
an employee of McElliotts Trucking, LLC and/or
as agent of Cardinal Transport;
CARDINAL TRANSPORT, INC;
HAROLD MIDKIFF, individually as agent driver of McElliotts
Trucking, LLC and/or as agent driver of
Cardinal Transport, Inc.,

   Defendants.

## CERTIFICATE OF SERVICE

 I, Connor D. Robertson, certify that I electronically filed *Plaintiff's Motion to Withdraw Plaintiff's Motion to Enforce Settlement Agreement Against McElliotts Trucking, LLC & Danny McGowan and Request for Hearing* with the court using CM/ECF system which will send notification to counsel of record:

Christopher Pence, Esq.
Charles Bellomy, Esq.
Hardy Pence, PLLC
P.O. Box 2548
Charleston, WV 25329

Daniel Schuda, Esq.
Anspach Law
P.O. Box 11866
Charleston, WV 25339

Christopher Brumley, Esq.
Bradley Schmalzer, Esq.
Flaherty Sensabaugh Bonasso PLLC
P.O. Box 3843
Charleston, WV 2533

/s/ Connor Robertson
Richard W. Weston (WVSB #9734)
Connor Robertson (WVSB #11460)
WESTON | ROBERTSON
2939 Virginia Avenue, Suite 2010
Hurricane, WV 25526
Phone: (304) 522-4100